UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-81027-ROSENBERG/HOPKINS

ERIC ROGERS,

    Plaintiff,

v.

STORM ABRAMSON PROPERTIES,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE**
**AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation to Approve Consent Decree and to Dismiss with Prejudice [DE 22]. The Court has carefully reviewed the Joint Stipulation, and the Consent Decree attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The parties' Consent Decree is hereby **APPROVED and ENTERED**.

2. Defendant, STORM ABRAMSON PROPERTIES, is **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the parties' Consent Decree.

4. Each party shall bear its own attorneys' fees and costs except as detailed in the parties' Consent Decree.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 8th day of August, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record